UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE A. ELIAS CHAVEZ,

Petitioner,

v.

Case No. 2:26-cv-2147-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, US ATTORNEY GENERAL,

Respondents.

_______________________________/

**ORDER**

Petitioner Jose A. Elias Chavez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 6.)

This is Chavez's third petition. The prior cases were dismissed because, although Chavez's detention is outside the six-month window set forth in *Zadvydas*, he had refused removal, so the time is tolled. *See* Case No. 2:26-cv-1402-KCD-NPM, Case No. 2:26-cv-1915-KCD-NPM. Because Chavez's petition here recycles the same arguments and has not shown—or even argued—he cooperated with the removal attempt to Mexico that was the basis for the prior denial, the same result applies here. (*Id.*) Chavez mentions

that he was taken to the Texas border but simply states that the removal attempt was an illegal act. (Doc. 1 at 7.) This assertion does not address the Government's refusal argument.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on July 30, 2026.

Kyle C. Dudek
United States District Judge